UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR 1:15-028
)
CHRISTOPHER ROBERT PARKER )

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Adam Leavitt Sanders,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Adam Leavitt Sanders** be granted leave of absence for the following period: **July 22, 2015 through July 29, 2015, and August 17, 2015 through August 21, 2015.**

This 7th day of July, 2015.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia